# Court of Appeals
# of the State of Georgia

ATLANTA, January 16, 2014

*The Court of Appeals hereby passes the following order*

**A14D0182. ALEXANDER HARVIN v. MERSCORP, INC., et al. .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2013CV1120



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, January 16, 2014.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*